THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER CROTTY and WILLIAM PASKOWITZ, Appellants.

(Argued October 22, 1934; decided December 31, 1934.)

*Emanuel Schwartz, Ira J. Schuster* and *Julius S. Berg* for William Paskowitz, appellant.

*Michael I. Winter* for Peter Crotty, appellant.

*Samuel J. Foley,* District Attorney (*Sol. Boneparth, Herman J. Fliederblum, Edward F. Breslin* and *Sylvester Ryan* of counsel), for respondent.

As to each defendant, judgment of conviction and order denying motion for new trial affirmed. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.